Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone (602) 631-9100
Facsimile (602) 631-4529
E-Mail docketing@vclmlaw.com
Joseph R. Meaney
Michael F. Campillo
(AZ Bar No 019014)
*Attorneys for Plaintiff B.N.G.*
*Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **B.N.G. Enterprises Inc**., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**KMG Direct, Inc**., a New York corporation dba Cleantox Laboratories; and **Eli Kliger**, an individual;<br><br>Defendants. | Case No.: 2:10-cv-00844<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** |

## JURISDICTION AND VENUE

1.     This is a complaint for Trademark Infringement, Unfair Competition, False Description, and False Advertising arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. § 1114(a) (Trademark Infringement), 15 U.S.C. § 1125(a)) (Unfair Competition, False Description, and False Advertising).

2.     This Complaint is properly filed in respect to an actual controversy of which this Court has subject matter jurisdiction under the Federal Lanham Act (15 U.S.C. § 1125 et seq.) and 28 U.S.C. § 1338(a).  The Court has supplemental jurisdiction to

1  preside over the Arizona state law claims pursuant to 28 U.S.C. § 1338(b) and under

2  28 U.S.C. § 1367.

3

4                                         **PARTIES**

5  3.      Plaintiff B.N.G. Enterprises, Inc. is an Arizona corporation ("BNG

6  Enterprises").

7  4.      BNG Enterprises is the owner of U.S. trademark registration nos.: 2756650 for

8  Q CARBO PLUS, registered on August 26, 2003; and 2539155 for Q CLEAN

9  (stylized drawing) and 2539154 for Q CLEAN (word mark), which both were

10  registered on February 19, 2002 (the "BNG Registered Marks").

11  5.      BNG Enterprises is also the owner of unregistered trademark marks including;

12  SUPER Q CAPS, Q TABS, Q CARBO CLEAR, Q CARBO 32, and Q PRETOX (the

13  "BNG Unregistered Marks).

14  6.      BNG Enterprises manufactures and offers for sale nutritional supplements that

15  are ingested for cleansing or detoxifying, under the BNG Registered Marks and the

16  BNG Unregistered Marks (collectively, the "BNG Marks").

17  7.      Defendant KMG Direct Inc. ("KMG Direct"), also doing business as Cleantox

18  Laboratories or CleanTox Labs, is a New York corporation with principal place of

19  business in the State of New York, at 6622 Selfridge St., Forest Hills, New York,

20  11375.

21  8.      On information and belief, Defendant Eli Kliger, is the Chairman or Chief

22  Executive Officer of KMG Direct, a resident of New York and caused the acts of

23  infringement identified in this complaint.

24  9.      Defendants and have availed themselves of the laws of, and directed their

25  activities at, Arizona, by employing an Arizona company, Domains by Proxy, Inc.,

26  having an address of 15111 N. Hayden Rd., Ste 160, PMB 353, Scottsdale, AZ

27  85260, as their agent to register the domain name www.qpassdetox.com.

28

1    10.    Defendants or their agents, advertise, offer for sale and sell competing goods

2    using the name QPASS across the United States on the internet www.qpassdetox.com

3    and in Arizona using nutritional supplement resellers and their respective websites.

4    11.    Venue is proper in this district under 28 U.S.C. §1391(b) and (c) because a

5    substantial part plaintiff's damage occurred, and is occurring, in this district, and a

6    substantial part of the property that is the subject of the action is owned by the

7    plaintiff which is situated in this district.

8

9                                    **COUNT 1**

10                   **(Trademark Infringement - 15 U.S.C. § 1114(a))**

11   12.    Plaintiff incorporates and alleges the proceeding paragraphs as if fully set forth

12   herein.

13   13.    Defendants or their agents sell, offer for sale, distribute, or advertise nutritional

14   supplements for the purpose of cleansing or detoxifying, under the name QPASS in

15   interstate commerce.

16   14.    Defendants or their agents operate a website having a URL or domain name

17   www.qpassdetox.com.

18   15.    Defendants' use of QPASS and www.qpassdetox.com to sell nutritional

19   supplements is trademark infringement under 15 U.S.C. § 1114.

20   16.    Defendants' acts have caused, and are likely to continue causing, damages and

21   irreparable harm to the Plaintiff for which there is no adequate remedy at law.

22

23                                    **COUNT 2**

24         **(False Advertising, False Designation of Origin (15 U.S.C. § 1125 (a))**

25   17.    Plaintiff incorporates and alleges the proceeding paragraphs as if fully set forth

26   herein.

27   18.    Defendants' use of use of QPASS and www.qpassdetox.com to sell nutritional

28   supplements is likely to cause confusion, mistake or deception among the plaintiff's

1  prospective customers due to the overall similarity of QPASS and

2  www.qpassdetox.com and the BNG Marks.

3  19.     Defendants falsely advertise  the medical claims that QPASS, provides an

4  "Ultra Fast 30 Minute Flush", is a "One-Hour Concentration", and "works for 5

5  hours" in connection with QPASS DETOX and www.qpassdetox.com.

6  20.     Defendants' acts have caused, and are likely to continue causing, damages and

7  irreparable harm to the Plaintiff for which there is no adequate remedy at law.

8

9  **COUNT 3**

10  **(Common law unfair competition - trademark infringement)**

11  21.     Plaintiff incorporates and alleges the proceeding paragraphs as if fully set forth

12  herein.

13  22.     Defendants' use of use of QPASS and www.qpassdetox.com to sell nutritional

14  supplements is likely to cause confusion, mistake or deception among the plaintiff's

15  prospective customers due to the overall similarity of QPASS and

16  www.qpassdetox.com and the BNG Marks.

17  23.     Defendants' acts have caused, and are likely to continue causing, damages and

18  irreparable harm to the Plaintiff for which there is no adequate remedy at law.

19

20  **JURY DEMAND**

21  24.     Plaintiff requests a trial by jury of all issues in this case.

22

23  **PRAYER FOR RELIEF**

24       WHEREFORE, the Plaintiff BNG Enterprises prays for judgment in its favor

25  and against Defendants as follows:

26       A.     Order Defendants or their agents to pay damages in an amount to be

27  determined at trial, including all of Defendants' or their agents' profits obtained in the

28

form of sales of goods determined to infringe the BNG Marks, plus costs, attorneys' fees, and applicable interest;

B.     Order that Defendants and their agents be preliminarily and permanently enjoining and restraining the Defendants and any related parties or agents, from (1) directly or indirectly using the BNG Marks including, or any other mark(s), word(s) or name(s) similar to the BNG Marks which is (are) likely to cause confusion, and (2) continuing any and all acts of infringement or unfair competition as alleged herein;

C.     Order the Defendants and their agents to account to the Plaintiff for any and all profits derived from the sales of goods found to infringe the BNG Marks;

D.     Order that any monetary award to the Plaintiff be treble the amount of profits or income earned as allowed under § 35(a) of the Lanham Act for Defendants intentionally infringing the BNG Marks;

E.     Order an away of attorney's fees and costs as allowed under § 35(a) of the Lanham Act and as appropriate under Arizona law.

F.     Order a full accounting and examination of all books pertaining to Defendants marketing, advertising or sales of goods found to infringe the BNG Marks from Defendants' first use of the mark until the present;

G.     Order a destruction of all goods found to infringe the BNG Marks;

H.     Order that any domain names that include the term "Q", including but not limited to, qpassdetox.com, be transferred, assigned, or conveyed to Plaintiff, and

I.     award any other relief that this Court finds just and proper.

///
///
///
///
///
///
///

-5-

1   Dated this 16th day of April, 2010.

2

3                                          Venable, Campillo, Logan & Meaney, P.C.

4

5                                          By   /s/Michael F. Campillo
                                               Joseph R. Meaney SBN
6                                              Michael F. Campillo SBN 019014

7                                              1938 East Osborn Road
                                               Phoenix, Arizona  85016
8                                              Tel: 602-631-9100
                                               Fax: 602-631-4529
9                                              E-Mail docketing@vclmlaw.com
                                               *Attorneys for Plaintiff BNG*
10                                             *Enterprises, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -6-